UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | BANKRUPTCY CASE NO. |
| HALLWOOD ENERGY, L.P., ET AL., | ) | |
| | ) | 09-31253-SGJ-11 |
| Debtors. | ) | |
| -------------------------------------------------------- | ) | |
| RAY BALESTRI, TRUSTEE OF THE | ) | |
| HALLWOOD ENERGY I CREDITORS' | ) | |
| TRUST, | ) | |
| | ) | CIVIL ACTION NO. |
| Plaintiff, | ) | |
| | ) | 3:11-CV-3359-G |
| VS. | ) | |
| | ) | |
| HUNTON & WILLIAMS, LLP, ET AL., | ) | ADVERSARY NO. |
| | ) | 10-03263 |
| Defendants. | ) | |

## ORDER

Came on for consideration the bankruptcy court's report and recommendation to district court regarding conditional motion to withdraw the reference (pursuant to Local Bankr. Rule 5011-1) filed February 8, 2012 (the "Report"). Upon a review of the Report, the court finds cause to adopt the bankruptcy court's recommendation.

Accordingly, it is **ORDERED** that the conditional motion to withdraw the reference is **GRANTED**, but only at such time as the bankruptcy judge has certified that parties are trial-ready.  The bankruptcy court shall handle pre-trial matters.

**SO ORDERED**.

June 25, 2012.

                                              _____
                                              **A. JOE FISH**
                                              **Senior United States District Judge**